No.   23-1123

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ADVANCED ENERGY UNITED, CLEAN ENERGY BUYERS ASSOCIATION, ENERGY ALABAMA, GEORGIA INTERFAITH POWER AND LIGHT, NATURAL RESOURCES DEFENSE COUNCIL, NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION, PARTNERSHIP FOR SOUTHERN EQUITY, SOLAR ENERGY INDUSTRIES ASSOCIATION, SOUTHERN ALLIANCE FOR CLEAN ENERGY, SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, SOUTHFACE INSTITUTE, and VOTE SOLAR,
*Petitioners*

v.

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent*

---

**JOINT PETITION FOR REVIEW AND REQUEST FOR ABEYANCE**

---

Nicholas Guidi
Southern Environmental Law Center
122 C Street NW, Suite 325
Washington, DC 20001
nguidi@selcdc.org

Maia Hutt
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
mhutt@selcnc.org

*Counsel for Energy Alabama, Georgia Interfaith Power and Light, North Carolina Sustainable Energy Association, Partnership for Southern Equity, Southern Alliance for Clean Energy, South Carolina Coastal Conservation League, Southface Institute, Vote Solar*

Caroline Reiser
Natural Resources Defense Council
1152 15th Street NW #300
Washington, DC 20005
creiser@nrdc.org

John N. Moore
Natural Resources Defense Council
20 North Wacker Street, Suite 1600
Chicago, Illinois 60201
jmoore@nrdc.org

Danielle C. Fidler
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
dfidler@earthjustice.org

Alexander Tom
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
atom@earthjustice.org

*Counsel for Natural Resources Defense Council*

Caitlin Marquis
Advanced Energy United
1010 Vermont Avenue NW
Washington, DC 20005
cmarquis@advancedenergyunited.org

Ben Norris
Solar Energy Industries Association
1425 K Street NW, Suite 1000
Washington, DC 20005
bnorris@seia.org

*Counsel for the Solar Energy Industries Association*

Brian G. Svoboda
Clean Energy Buyers Association
1425 K Street, Suite 1110
Washington, DC 20005
BSvoboda@perkinscoie.com

*Counsel for Clean Energy Buyers Association*

As authorized by Section 313 of the Federal Power Act, 16 U.S.C. § 825l(b), and Rule 15(a) of the Federal Rules of Appellate Procedure, and Circuit Rule 15, ADVANCED ENERGY UNITED, CLEAN ENERGY BUYERS ASSOCIATION, ENERGY ALABAMA, GEORGIA INTERFAITH POWER AND LIGHT, NATURAL RESOURCES DEFENSE COUNCIL, NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION, PARTNERSHIP FOR SOUTHERN EQUITY, SOLAR ENERGY INDUSTRIES ASSOCIATION, SOUTHERN ALLIANCE FOR CLEAN ENERGY, SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, SOUTHFACE ENERGY INSTITUTE,  and VOTE SOLAR jointly petition the United States Court of Appeals for the District of Columbia Circuit to review and set aside the following orders of the Federal Energy Regulatory Commission ("FERC" or "the Commission"):

1. *Tampa Electric Co., Duke Energy Florida, LLC, Duke Energy Carolinas, LLC*, Order Accepting Joinder Agreements and OATT Revisions, Docket Nos. ER23-323-000, ER23-324-000, ER23-325-000, ER23-338-000, 181 FERC ¶ 61,275 (Dec. 30, 2022) ("December 30th Order," attached hereto as Exhibit A);

2. *Tampa Electric Co., Duke Energy Florida, LLC, Duke Energy Carolinas, LLC*, Notice of Denial by Operation of Law, Docket Nos. ER23-323-001, ER23-324-001, ER23-325-001, ER23-338-001 182 FERC ¶ 62,116 (Feb. 27, 2023) ("February 27th Notice," attached hereto as Exhibit B);

3. *Alabama Power Co.,* Order Accepting Revisions to Southeast Energy Exchange Market Agreement, Docket No. ER23-588-000, 182 FERC ¶ 61,053 (Feb. 7, 2023) ("Feb. 7th Order," attached hereto as Exhibit C);

4. *Alabama Power Co.*, Notice of Denial of Rehearing by Operation of Law, Docket No. ER23-588-001, 183 FERC ¶ 62,013 (Apr. 10, 2023) ("April 10th Notice," attached hereto as Exhibit D).

The jurisdiction and venue of this Court is established by Federal Power Act Section 313(b), 16 U.S.C. § 825*l*(b).

The above-listed Commission orders relate to the Southeast Energy Exchange Market ("SEEM"), a new wholesale energy trading platform that was proposed by several transmission-owning utilities located in the Southeast United States and the Commission's approval of which is currently being reviewed by this Court in a separate appeal brought by Petitioners. *See Advanced Energy Economy et al. v. FERC*, Case No. 22-1018 ("*AEE*"). Briefing and oral argument (held on March 15, 2023) are now complete in *AEE*. During the pendency of that appeal, members of SEEM filed revisions to the underlying SEEM Agreement and open access transmission tariffs that would expand SEEM's market footprint to include four additional utilities. The Commission's December 30th and February 7th Orders approved this proposed market expansion. Petitioners filed timely requests for rehearing of the Commission's approvals of the SEEM expansion. The Commission's February 27th Notice and April 10th Notice denied these requests for rehearing by operation of law.

Petitioners file this petition for review in order to fully protect their initial appeal of FERC's antecedent orders approving the underlying SEEM Agreement and transmission service at issue in the pending *AEE* appeal. Because this appeal is contingent upon the outcome in *AEE*,

Petitioners respectfully request that the Court hold this petition for review in abeyance pending the Court's decision in Case No. 22-1018.

Dated: April 27, 2023                    Respectfully submitted,

/s/ Maia Hutt
Maia Hutt
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
mhutt@selcnc.org

Nicholas Guidi
Southern Environmental Law Center
122 C Street NW, Suite 325
Washington, DC 20001
nguidi@selcdc.org

*Counsel for Energy Alabama, Georgia Interfaith Power and Light, North Carolina Sustainable Energy Association, Partnership for Southern Equity, Southern Alliance for Clean Energy, South Carolina Coastal Conservation League, Southface Institute, Vote Solar*

/s/ Danielle C. Fidler
Danielle C. Fidler
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
dfidler@earthjustice.org

Alexander Tom
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
atom@earthjustice.org

Caroline Reiser
Natural Resources Defense Council
1152 15th Street NW #300
Washington, DC 20005
creiser@nrdc.org

John N. Moore
Natural Resources Defense Council
20 North Wacker Street, Suite 1600
Chicago, Illinois 60201
Telephone: (312) 651-7927
Email: jmoore@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Todd G. Glass
Todd G. Glass
Wilson Sonsini Goodrich & Rosati, PC
501 Fifth Avenue, Suite 5100
Seattle, WA 98104
(206) 883-2571
tglass@wsgr.com

*Counsel for Advanced Energy United*

/s/ Ben Norris
Ben Norris
Solar Energy Industries Association
1425 K Street NW Suite 1000
Washington, DC 20005
bnorris@seia.org

*Counsel for the Solar Energy Industries
Association*

/s/ Brian G. Svoboda
Brian G. Svoboda
Clean Energy Buyers Association
1425 K Street, Suite 1110
Washington, DC 20005
BSvoboda@perkinscoie.com

*Counsel for Clean Energy Buyers Association*

## DISCLOSURE STATEMENTS

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, Petitioners make the following disclosures:

Advanced Energy Union ("AEU") is a not-for-profit business association dedicated to making energy secure, clean, and affordable.  AEU does not have any parent companies or issue stock, and no publicly held company has a 10% or greater ownership interest in AEE.  AEE is a trade association within the meaning of Circuit Rule 26.1(b).

Clean Energy Buyers Association ("CEBA") is a not-for-profit business association of energy customers dedicated to deploying market and policy solutions for a carbon-free energy system.  CEBA does not have any parent companies or issue stock, and no publicly held company has a 10% or greater ownership interest in CEBA.  CEBA is a trade association within the meaning of Circuit Rule 26.1(b).

Energy Alabama is a membership-based nonprofit organization accelerating Alabama's transition to sustainable energy.  Energy Alabama accomplishes its mission by educating, informing smart energy policy, building the next generation workforce, and providing technical assistance to deploy more sustainable energy.  Energy Alabama believes in sustainable energy for all.  Energy Alabama has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public.  No publicly held corporation owns any stock in Energy Alabama.

Georgia Interfaith Power and Light ("GIPL") is a non-profit organization with a mission to equip faith communities across Georgia to care for Creation and each other through worship and education, and by promoting energy efficiency and renewable energy sources.  GIPL inspires and equips members to aid in environmental justice and stop poor energy choices.  GIPL's work to promote renewable energy and energy efficiency is at the core of the

7

organization's mission.  GIPL has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public.  No publicly held corporation owns any stock in GIPL.

Natural Resources Defense Council, Inc. ("NRDC") is a national non-profit corporation with members residing in each of the fifty United States.  NRDC is dedicated to safeguarding the Earth: its people, its plants and animals, and the natural systems on which all life depends.  Additionally, NRDC works to achieve energy solutions that will lower consumer energy bills, meet federal and state carbon reduction goals, accelerate the use of renewable energy, and ensure that clean energy is affordable and accessible to all.  NRDC has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public.  No publicly held corporation owns any stock in NRDC.

North Carolina Sustainable Energy Association ("NCSEA") is a nonprofit organization that works to enable clean energy jobs, economic opportunities, and affordable energy options for North Carolinians.  For over forty years, NCSEA has worked to further the transformation of North Carolina energy policy, markets, and systems to create an affordable, resilient, and secure clean energy future.  NCSEA's members include individuals, businesses, governments, and nonprofit organizations interested in North Carolina's sustainable energy future.  NCSEA has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public.  No publicly held corporation owns any stock in NCSEA.

Partnership for Southern Equity ("PSE") is non-profit organization committed to promoting racial equity and shared prosperity in metropolitan Atlanta and the American South through a coalition-based model for multi-demographic capacity building for equity.  PSE seeks to lift up Black people, communities of color, and low-wealth people by connecting marginalized

populations to solutions that build power for their communities.  PSE is the convener and founding member of the Just Energy Circle, a values-driven collaborative effort to promote sustainable, self-sufficient communities that encourage participation in developing clean energy solutions for everyone's benefit.  PSE's Just Energy Circle aims to establish structures to ensure that energy opportunities are available to all, including low-income protections, reduced energy costs, and employment.  PSE has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public.  No publicly held corporation owns any stock in PSE.

Solar Energy Industries Association ("SEIA") is a tax-exempt trade association pursuant to 26 U.S.C. § 501(c)(6) that represents nearly 1,000 member companies nationwide.  SEIA represents the entire solar industry, including installers, project developers, manufacturers, contractors, financiers and non-profits.  SEIA's member companies develop, manufacture, finance, and build solar projects both domestically and abroad.  SEIA has no parent corporation and no publicly held company owns 10% or more of its stock.  SEIA is a trade association within the meaning of Circuit Rule 26.1(b).

Southern Alliance for Clean Energy ("SACE") is a non-profit organization with over 30 years' experience as a leading voice calling for smart energy policies in the Southeast that help protect the region's quality of life and treasured places.  SACE promotes responsible and equitable energy choices to ensure clean, safe, and healthy communities throughout the Southeast.  In addition to technical and policy advocacy work, SACE is also on the ground in local communities throughout the region working to mobilize concerned citizens and elevate the conversation around the dangers of climate change and the importance of clean energy choices.

SACE has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public. No publicly held corporation owns any stock in SACE.

South Carolina Coastal Conservation League ("CCL") is a nonprofit organization based in Charleston whose mission is to protect the natural environment of the South Carolina coastal plain and to enhance the quality of life in its communities by working with individuals, businesses, and government to ensure balanced solutions. CCL supports the development of energy policy that is in the public interest of South Carolinians, including distributed energy resources. CCL has long been an active participant in South Carolina Public Service Commission proceedings in support of effective rates and policies and clean distributed energy resources. CCL has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public. No publicly held corporation owns any stock in CCL.

Southface Institute is a nonprofit organization based in Atlanta, Georgia, whose mission is to promote sustainable homes, workplaces, and communities through education, research, advocacy, and technical assistance. Southface aims to achieve climate mitigation and resilience at the intersection of the built and natural environments, increase health and equity through improvements to the built environment, and build a knowledge base and workforce to catalyze the transition to a regenerative economy. Southface has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public. No publicly held corporation owns any stock in Southface.

Vote Solar is a non-profit policy advocacy organization with the mission of making solar more accessible and affordable across the United States. Vote Solar works in over 25 states to drive the transition to a just 100% clean energy future. Vote Solar is a team of solar advocates using deep policy expertise, coalition building, and public engagement to power just and

equitable clean energy progress nationwide.  Vote Solar has active campaigns underway in North Carolina, South Carolina, Georgia, and Florida to drive clean energy progress.  Vote Solar has no parent companies, subsidiaries, or affiliates and has not issued shares or other securities to the public. No publicly held corporation owns any stock in Vote Solar.

## CERTIFICATE OF SERVICE

Pursuant to Rule 15(c) of the Federal Rules of Appellate Procedure, I hereby certify that I

have on this 27th day of April, 2023, caused copies of the foregoing Joint Petition for Review

and Request for Abeyance to be served via electronic mail upon:

Kimberly D. Bose
Secretary
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Via FERC eFile System

*Counsel for Respondent:*

Matthew Christiansen
General Counsel
Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C. 20426
matthew.christiansen@ferc.gov

Robert Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street NE
Washington, DC 20426
robert.solomon@ferc.gov

I hereby further certify that I have served a copy of the foregoing Joint Petition for

Review and Request for Abeyance on all parties to the proceedings before the Commission under

dockets ER23-323-000, ER23-324-000, ER23-325-000, ER23-338-000, and ER23-588-000 via

electronic mail as shown in the service lists attached as Exhibit E.

A date-stamped copy will be delivered to Respondent, pursuant to 18 C.F.R. § 385.2012, upon receipt.

> /s/ Danielle C. Fidler
> Danielle C. Fidler
> Earthjustice
> 1001 G Street, NW, Suite 1000
> Washington, DC 20001

DATED: April 27, 2023

# EXHIBIT A

181 FERC ¶ 61,275
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Before Commissioners:  Richard Glick, Chairman;
                       James P. Danly, Allison Clements,
                       Mark C. Christie, and Willie L. Phillips.

| | |
|---|---|
| Tampa Electric Company | Docket Nos.  ER23-323-000 |
| | ER23-324-000 |
| Duke Energy Florida, LLC | ER23-325-000 |
| Duke Energy Carolinas, LLC | ER23-338-000 |
| | (not consolidated) |

ORDER ACCEPTING JOINDER AGREEMENTS AND OATT REVISIONS

(Issued December 30, 2022)

1.      On November 1, 2022, pursuant to section 205 of the Federal Power Act[1] (FPA) and 18 C.F.R § 35.1(g) (2021), Tampa Electric Company (Tampa Electric) and Duke Energy Florida, LLC (Duke Florida) each submitted executed copies of the form Joinder Agreement from Exhibit B of the Southeast Energy Exchange Market (SEEM) Agreement.  Additionally, on November 1, 2022, Tampa Electric and Duke Energy Carolinas, LLC (Duke Carolinas), on behalf of Duke Florida, submitted revisions to their respective Open Access Transmission Tariffs (OATT) to include provision of Non-Firm Energy Exchange Transmission Service (NFEETS), to facilitate their respective participation in SEEM.  In this order, we accept the Joinder Agreement filings, to become effective on January 1, 2023, as requested, as discussed below.  We also accept the OATT revision filings, subject to Tampa Electric and Duke Florida notifying the Commission of the effective date for their OATT revisions at least 30 days prior to that date.[2]

---

[1] 16 U.S.C. § 824d.

[2] When notifying the Commission, Tampa Electric and Duke Florida should use the eTariff Type of Filing Code 150 – Data Response/Supplement the Record.

Document Accession #: 20221230-3025          Filed Date: 12/30/2022

Docket No. ER23-323-000 et al.                                                                                    - 2 -

## I.  **Background**

2.      The SEEM Agreement, which became effective on October 12, 2021,[3] establishes a voluntary electronic trading platform to facilitate bilateral trading in the Southeast and market access to unused transmission capacity.[4]  Each SEEM member filed revisions to its transmission tariff to offer zero-charge transmission service to accommodate SEEM transactions (NFEETS), which the Commission accepted in an order issued on November 8, 2021.[5]  The SEEM Agreement permits additional entities to join as SEEM members if they are:

> (i) a Load Serving Entity located in the Territory; (ii) an association, Cooperative or Governmental Utility that is a Load Serving Entity located in the Territory; or (iii) an association, Cooperative or Governmental Utility created for the purpose of providing service that includes Energy to a Cooperative or governmental Load Serving Entity (or the Load Serving Entities being served by an association, Cooperative or Governmental Utility) located in the Territory.[6]

3.      New members may join SEEM "effective as of the first day of the following calendar year . . . after executing"[7] the Joinder Agreement.  Additionally, the SEEM Agreement requires that "[t]he Tariff of any Member who provides transmission service must contain [NFEETS] provisions for those Energy Exchanges that seek to utilize such Member's transmission system."[8]

---

[3] *Duke Energy Progress, LLC*, 177 FERC ¶ 61,080, at P 2 (2021) (SEEM Order).

[4] *Id.* P 2.

[5] *Id.* P 40.

[6] Alabama Power Company, Market Based Rate Tariff, Rate Schedule No. 1011, Southeast EEM Agreement (0.0.3), § 3.2.1 (SEEM Agreement).

[7] *Id.* § 3.2.3.

[8] *Id.* § 3.2.1.

Document Accession #: 20221230-3025    Filed Date: 12/30/2022
Docket No. ER23-323-000 et al.                                        - 3 -

## II.    Description of Filings

### A.    Joinder Agreements

4.      Tampa Electric and Duke Florida have submitted executed copies of the form Joinder Agreement from Exhibit B of the SEEM Agreement.[9]  They explain that, as load serving entities within the SEEM territory, they are eligible for SEEM membership under section 3.2.1(i) of the SEEM Agreement.[10]  Tampa Electric and Duke Florida state that, during the enrollment period specified in section 3.2.3 of the SEEM Agreement, they informed the SEEM membership board of their intent to join as members beginning January 1, 2023, and submitted a signed copy of the Joinder Agreement.  They also state that these actions, along with the concurrent filings of revisions to their respective OATTs described below, satisfy the criteria to become a SEEM member beginning on January 1, 2023, and seek this date as the effective date of their respective Joinder Agreement filings.[11]

### B.    OATT Revisions

5.      Tampa Electric and Duke Florida explain that they submitted revisions to their respective OATTs to comply with the SEEM Agreement requirement that members who provide transmission service must include provisions for NFEETS in their transmission tariffs.[12]  Duke Florida explains that, in accordance with that requirement, it proposes revisions to its Joint OATT shared with affiliates Duke Carolinas and Duke Energy Progress, LLC (Duke Progress) to add the Duke Florida Zone to provisions governing the availability of NFEETS (where previously NFEETS was only available in the

---

[9] Tampa Electric, Joinder Agreement, Docket No. ER23-324-000, Transmittal Letter at 1 (filed Nov. 1, 2022) (Tampa Electric Joinder Agreement Filing); Duke Florida, Joinder Agreement, Docket No. ER23-325-000, Transmittal Letter at 1 (filed Nov. 1, 2022) (Duke Florida Joinder Agreement Filing).

[10] Tampa Electric Joinder Agreement Filing, Transmittal Letter at 3; Duke Florida Joinder Agreement Filing, Transmittal Letter at 2.

[11] Tampa Electric Joinder Agreement Filing, Transmittal Letter at 3; Duke Florida Joinder Agreement Filing, Transmittal Letter at 3.

[12] Tampa Electric, OATT Filing, Docket No. ER23-323-000, Transmittal Letter, at 2 (filed Nov. 1, 2022) (Tampa Electric OATT Filing); Duke Florida, OATT Filing, Docket No. ER23-338-000, Transmittal Letter, at 5 (filed Nov. 1, 2022) (Duke Florida OATT Filing).

Duke Carolinas and Duke Progress Zones).[13]  Tampa Electric explains that it is proposing revisions to its OATT to offer NFEETS.[14]

6.      Tampa Electric and Duke Florida each request an open-ended effective date, consistent with Commission guidelines for tariff revisions when the effective date is not known, because the date that they will be operationally ready to offer NFEETS and participate in SEEM is not yet known.[15]  Duke Florida anticipates that it will be operationally ready to offer NFEETS and participate in SEEM sometime mid-2023, and commits to file to update the effective date once it is known.[16]  Because the requested effective date may be more than 120 days after the date the OATT revisions are filed with the Commission, Tampa Electric and Duke Florida request waiver of section 35.3(a)(1) of the Commission's regulations.[17]  They contend that good cause exists for granting waiver because it will permit the OATT revisions to be accepted, and therefore known to customers, thereby providing all parties with necessary regulatory and operational certainty.  Tampa Electric and Duke Florida also each request waiver from any other applicable requirement of Part 35, if necessary, in order to permit their filings to become effective as proposed.[18]  Tampa Electric and Duke Florida request that the Commission act on these filings by January 1, 2023, the same day as the proposed effective date of the Joinder Agreements.[19]

## III.   **Notice of Filings and Responsive Pleadings**

7.      Notices of the Tampa Electric OATT Filing in Docket No. ER23-323-000, the Tampa Electric Joinder Agreement Filing in Docket No. ER23-324-000, and the Duke Florida Joinder Agreement Filing in Docket No. ER23-325-000 were published in the *Federal Register*, 87 Fed. Reg. 67,031 (Nov. 7, 2022), with interventions and protests due on or before November 22, 2022.  Notice of the Duke Florida OATT Filing in

---

[13] Duke Florida OATT Filing, Transmittal Letter at 5.

[14] Tampa Electric OATT Filing, Transmittal Letter at 2.

[15] *Id.*; Duke Florida OATT Filing, Transmittal Letter at 1.

[16] Duke Florida OATT Filing, Transmittal Letter at 9.

[17] *Id.*; Tampa Electric OATT Filing, Transmittal Letter at 10.

[18] Tampa Electric OATT Filing, Transmittal Letter at 11; Duke Florida OATT Filing, Transmittal Letter at 8.

[19] Duke Florida OATT Filing, Transmittal Letter at 2; Tampa Electric OATT Filing, Transmittal Letter at 2.

Docket No. ER23-338-000 was published in the *Federal Register*, 87 Fed. Reg. 67,464 (Nov. 8, 2022), with interventions and protests due on or before November 22, 2022. Timely motions to intervene were filed in all four dockets by: Advanced Energy Economy (AEE); Associated Electric Cooperative, Inc.; Dominion Energy South Carolina, Inc.; Georgia System Operations Corporation; Georgia Transmission Corporation; North Carolina Electric Membership Corporation; North Carolina Municipal Power Agency Number 1; Oglethorpe Power Corporation; PowerSouth Energy Cooperative; Solar Energy Industries Association (SEIA); South Carolina Public Service Authority; Southern Company Services, Inc.; Southeast Public Interest Groups;[20] Sustainable FERC Project and Natural Resources Defense Council; and Tennessee Valley Authority. Seminole Electric Cooperative, Inc. filed timely motions to intervene in Docket Nos. ER32-323-000 and ER23-338-000. Duke Florida, Duke Carolinas, and Duke Energy Progress, LLC filed a timely motion to intervene in Docket Nos. ER23-323-000 and ER23-324-000.

8.     Public Interest Organizations (the PIOs),[21] AEE, and SEIA (collectively, Joint Protesters) timely filed a protest in all four dockets. Joint Protesters explain that this protest adopts and incorporates the arguments made by the PIOs, AEE, and SEIA in the dockets establishing SEEM.[22] Joint Protesters further explain that they are filing this protest to preserve their arguments as they relate to the appeals on the dockets establishing SEEM. Joint Protesters elaborate that they remain concerned about provisions of SEEM concerning market power, governance, access to transmission, market monitoring, and impacts on independent power producers and consumers.[23] Joint Protesters argue that the Commission should reject the instant filings because:

[20] The Southeast Public Interest Groups are: Energy Alabama; GASP; Georgia Interfaith Power and Light; North Carolina Sustainable Energy Association; Partnership for Southern Equity; Southern Alliance for Clean Energy; South Carolina Coastal Conservation League; Southface Energy Institute, Inc.; and Vote Solar.

[21] The PIOs are: Energy Alabama; GASP; Georgia Interfaith Power and Light; Natural Resources Defense Council; North Carolina Sustainable Energy Association; Partnership for Southern Equity; Sierra Club; South Carolina Coastal Conservation League; Southern Alliance for Clean Energy; Southface Energy Institute, Inc.; Sustainable FERC Project; and Vote Solar.

[22] Joint Protesters Protest at 2.

[23] *Id.* at 2-3.

(1) the SEEM Agreement remains unjust, unreasonable, and unduly discriminatory; and (2) NFEETs is neither consistent with nor superior to the *pro forma* OATT.[24]

9.     On December 7, 2022, Tampa Electric, Duke Florida, and SEEM Members[25] filed an answer to the protest.  They state that the instant filings fulfill the new member filing requirements of the SEEM Agreement, and Joint Protesters do not contend otherwise.[26] Tampa Electric, Duke Florida, and SEEM Members argue that Joint Protesters seek to collaterally attack the SEEM Agreement.[27]  Tampa Electric, Duke Florida, and SEEM Members further contend that the protest is outside the scope of the instant filings and should be rejected.[28]

10.    Tampa Electric, Duke Florida, and SEEM Members state that the form of the Joinder Agreement was already approved and is part of the filed rate, and Joint Protestors make no allegation that the blanks in the form were filled in incorrectly.[29]  Similarly, Tampa Electric, Duke Florida, and SEEM Members explain that the SEEM Agreement requires that new transmission-owning members modify their OATTs to make certain changes, the substance of which the Commission has already approved, and Joint Protesters have not made any allegations that these changes were made incorrectly.

---

[24] *Id.* at 3.

[25] The current SEEM Members are:  Alabama Power Company, Georgia Power Company, and Mississippi Power Company; Associated Electric Cooperative, Inc.; Dalton Utilities; Dominion Energy South Carolina, Inc.; Duke Carolinas and Duke Progress; Louisville Gas & Electric Company (LG&E) and Kentucky Utilities Company (KU) (and LG&E and KU Services Company and LG&E and KU Energy LLC, when acting as the agent or representative of LG&E/KU); North Carolina Municipal Power Agency Number 1; Power South Energy Cooperative; North Carolina Electric Membership Corporation; Tennessee Valley Authority; Georgia System Operations Corporation; Georgia Transmission Corporation; Municipal Electric Authority of Georgia; Oglethorpe Power Corporation; and South Carolina Public Service Authority.

[26] Answer at 1.

[27] *Id.* at 1-4.

[28] *Id.* at 4.

[29] *Id.* at 2.

## IV. Discussion

### A. Procedural Matters

11.     Pursuant to Rule 214 of the Commission's Rules of Practice and Procedure,
18 C.F.R. § 385.214 (2021), the timely, unopposed motions to intervene serve to make
the entities that filed them parties to this proceeding.[30]

12.     Rule 213(a)(2) of the Commission's Rules of Practice and Procedure, 18 C.F.R. §
385.213(a)(2) (2021), prohibits an answer to a protest unless otherwise ordered by the
decisional authority.  We will accept Tampa Electric, Duke Florida, and SEEM
Members' answer because it has provided information that assisted us in our
decision-making process.

### B. Substantive Matters

13.     We accept the Tampa Electric and Duke Florida Joinder Agreements, to be
effective January 1, 2023, as requested, because the SEEM Agreement permits additional
entities to join as SEEM members if they satisfy certain criteria that Tampa Electric and
Duke Florida have satisfied.  As Tampa Electric, Duke Florida, and SEEM Members
state in their answer, the Joinder Agreement is part of the currently effective tariff.  The
SEEM Agreement expressly contemplates new members and permits additional entities
to join if they are load serving entities located in the SEEM Agreement territory.  Both
Tampa Electric and Duke Florida satisfy this criterion.

14.     We also accept the Tampa Electric and Duke Florida OATT Filings, subject to
Tampa Electric and Duke Florida notifying the Commission of the effective date for their
OATT revisions at least 30 days prior to that date.  We find that these OATT revisions
are just and reasonable because the proposed NFEETS product is identical to the
NFEETS product that the Commission has previously approved for other SEEM
members.  The Commission found that "NFEETS, a new, non-firm, as-available
transmission product that will utilize otherwise unused transmission capacity, will
promote more efficient operation of Participating Transmission Providers' systems, while
at the same time reducing the transactional friction normally associated with bilateral
transactions"[31] and that "it is appropriate and not burdensome for Participants to make the

---

[30] While Sierra Club joined the PIOs for the Joint Protesters protest, it did not file
a motion to intervene and therefore is not a party to this proceeding.

[31] SEEM Order, 177 FERC ¶ 61,080 at P 40.

Docket No. ER23-323-000 et al.                                                    - 8 -

arrangements to take NFEETS by executing service agreements under each Participating Transmission Provider's OATT."**32**

15.     In addition, consistent with our findings in the SEEM Order and on rehearing of that order,**33** we find that good cause exists to grant, and we therefore grant, Tampa Electric and Duke Florida waiver of the joint system-wide OATT requirement in 18 C.F.R. § 35.28(c)(3) for public utility members of multi-lateral trading arrangements or agreements.

16.     We will not consider the arguments that the Joint Protesters sought to incorporate by reference.  As the Commission has explained, "[s]uch an incorporation of arguments by reference places the Commission in the untenable position of determining which arguments are still relevant to the… filing before us."**34**  Furthermore, it is the Commission's standard practice to not "allow parties to incorporate by reference arguments made in prior pleadings."**35**  However, even if the Joint Protesters had not simply incorporated by reference the arguments made in prior pleadings, the arguments raised are outside the scope of the instant filings.  As Tampa Electric, Duke Florida, and SEEM Members explain in their answer, the instant filings pertain to fulfilling the new member filing requirements of the SEEM Agreement, not the SEEM Agreement itself.

The Commission orders:

        (A)     The Tampa Electric Joinder Agreement and the Duke Florida Joinder Agreement are hereby accepted, to be effective January 1, 2023, as requested, as discussed in the body of this order.

---

**32** *Id.* P 70.

**33** SEEM Order, 177 FERC ¶ 61,080 at PP 72-74, *order on reh'g*, 178 FERC ¶ 61,195, at PP 28-30 (2022) (affirming that SEEM does not require a joint system-wide OATT).

**34** *San Diego Gas & Elec. Co. v. Sellers of Energy & Ancillary Serv.*, 117 FERC ¶ 61,151, at P 13 (2006); *ISO New England Inc.*, 119 FERC ¶ 61,161, at P 16 (2007) ("the Commission has rejected attempts to incorporate by reference arguments from a prior pleading in another proceeding as such incorporation fails to inform the Commission as to which arguments from the referenced pleading are relevant and how they are relevant. Such reasoning is equally applicable here in the context of a protest." (internal citation omitted)).

**35** *Duke Energy Guadalupe Pipeline, Inc.*, 116 FERC ¶ 61,080, at P 19 (2006); *see also The Town of Rollinsford, N.H.*, 180 FERC ¶ 61,176, at P 13 (2022).

Document Accession #: 20221230-3025          Filed Date: 12/30/2022
Docket No. ER23-323-000 et al.                                                              - 2 -

    (B)    The Tampa Electric OATT Filing and the Duke Florida OATT Filing are hereby accepted, subject to Tampa Electric and Duke Florida notifying the Commission of the effective date for their OATT revisions at least 30 days prior to that date using eTariff Type of Filing Code 150, as discussed in the body of this order.

By the Commission.  Commissioner Clements is dissenting with a separate statement attached.

( S E A L )

Debbie-Anne A. Reese,
Deputy Secretary.

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Tampa Electric Company                          Docket Nos. ER23-323-000
                                                            ER23-324-000
Duke Energy Florida, LLC                                    ER23-325-000
Duke Energy Carolinas, LLC                                 ER23-338-000
                                                            (not consolidated)

(Issued December 30, 2022)

CLEMENTS, Commissioner, *dissenting*:

1.      I dissent from this Order's acceptance of the Tampa Electric and Duke Florida
OATT Filings and Joinder Agreements, for reasons I have articulated in prior dissents
and statements concerning orders effectuating SEEM.[1]  Most significantly, the OATT
filings at issue in this order suffer from the exact same deficiencies that rendered
incorporation of NFEETS into the existing SEEM Members' tariffs unjust and
unreasonable and unduly discriminatory.

2.      As I explained in my dissent to the Commission's November 8 order accepting
similar tariff provisions for four of SEEM's existing Members, these tariff provisions
violate Order No. 888 because they restrict access to a transmission service.[2]  NFEETS is
only available to SEEM participants, and participation in SEEM is not open.  Rather, a
prospective participant must, among other things, execute enabling agreements with three
counterparties who are already SEEM participants, and obtain the countersignature of the
Participant Agreement by the SEEM Agent, who is controlled by an Operating
Committee composed of SEEM Members.  As I said before, "[i]t is difficult to surmise a
more direct and problematic barrier to open access than granting a subset of market
participants veto power over whether others may access a market platform that allocates
transmission service."[3]

---

[1] *See Alabama Power Company*, Docket No. ER21-1111-002, Statement of
Comm'r Clements, October 20, 2021 (FRA Statement); *Duke Energy Progress, LLC*, 177
FERC ¶ 61,080 (2021) (November 8, 2021 Order) (Clements, Comm'r, dissenting); *Duke
Energy Progress, LLC*, 178 FERC ¶ 61,195 (2022) (Clements, Comm'r, dissenting).

[2] *See Duke Energy Progress, LLC*, 177 FERC ¶ 61,080 (2021) (Clements,
Comm'r, dissenting), at PP 4-14.

[3] *Id.* at 4; *see also id.*, Appendix A, P 20.

3.       The Joinder Agreements and OATT filings are also deficient because they do not conform with the Commission's requirements for loose power pools, including the requirement to have a pool-wide OATT, and that such pools' "membership provision[s] must allow any bulk power market participant to join, regardless of the type of entity, affiliation, or geographic location."[4]  As I said before, SEEM meets Order No. 888-A's definition of a loose power pool because it provides access to NFEETS, which is a "special transmission arrangement."[5]  NFEETS is a service not otherwise available under relevant Participants' OATTs: $0/MWh transmission service with no associated Schedule 1 or Schedule 2 ancillary service charges, and financial losses only.

4.       Furthermore, even were the arrangement at issue not a loose power pool, the filings should also be rejected because they violate the Commission's regulations enshrined in 18 C.F.R. § 35.28(c)(3), which require the filing of a joint OATT under these circumstances.  By executing the Joinder Agreements, Tampa Electric and Duke Florida are plainly entering into a "multi-lateral trading arrangement or agreement that contains transmission rates, terms, or conditions."[6]  Waiver is not warranted, as a Joint OATT would provide access to NFEETS on an open, non-discriminatory basis, contrary to the arrangement Tampa Electric and Duke Florida have provided for in their individual OATTs.  As I explained in my dissent to the November 8, 2021 Order, a joint OATT would provide for practical differences from the NFEETS arrangements each individual utility has provided, as it would provide for open access throughout the pooling arrangement.[7]  It would have to either include or not include Tennessee Valley Authority (TVA), requiring TVA to choose whether to voluntarily join into an OATT that they are not required to file themselves, or else refrain from joining SEEM and experiencing its benefits.  This choice, like the Commission's reciprocity provision, does not mandate filing of an OATT by an unregulated transmitting utility, but induces voluntary assumption of comparable responsibilities by regulated entities in exchange for benefits of integration.  Either outcome (i.e., TVA's participation or lack thereof) would be substantively quite different from the result dictated here, as TVA currently has no OATT for NFEETS on file with the Commission.

---

[4] *See id.* at PP 15-20.

[5] *Id.* at PP15-16.

[6] 18 C.F.R. § 35.28(c)(3).

[7] *See Duke Energy Progress, LLC*, 177 FERC ¶ 61,080 (2021) (Clements, Comm'r, dissenting), at PP 22-23.

Document Accession #: 20221230-3025     Filed Date: 12/30/2022
Docket No. ER23-323-000 et al.                                    - 3 -

      For these reasons, I respectfully dissent.

_____

Allison Clements
Commissioner

**EXHIBIT B**

182 FERC ¶ 62,116
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

| | |
|---|---|
| Tampa Electric Company | Docket Nos. ER23-323-001 |
| | ER23-324-001 |
| Duke Energy Florida, LLC | ER23-325-001 |
| Duke Energy Carolinas, LLC | ER23-338-001 |
| | (not consolidated) |

NOTICE OF DENIAL OF REHEARING BY OPERATION OF LAW

(February 27, 2023)

Rehearing has been timely requested of the Commission's order issued on December 30, 2022, in this proceeding. *Tampa Elec. Co.*, 181 FERC ¶ 61,275 (2022).

In the absence of Commission action on a request for rehearing within 30 days from the date it is filed, the request for rehearing may be deemed to have been denied. 16 U.S.C. § 825*l*(a); 18 C.F.R. § 385.713(f) (2021); *Allegheny Def. Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (en banc).


Kimberly D. Bose,
Secretary.

# EXHIBIT C

182 FERC ¶ 61,053
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Before Commissioners:  Willie L. Phillips, Acting Chairman;
James P. Danly, Allison Clements,
and Mark C. Christie.

| | |
|---|---|
| Alabama Power Company | Docket No.  ER23-588-000 |

ORDER ACCEPTING REVISIONS TO SOUTHEAST ENERGY EXCHANGE
MARKET AGREEMENT

(Issued February 7, 2023)

1.      On December 9, 2022, pursuant to section 205 of the Federal Power Act[1] (FPA), Alabama Power Company, on behalf of the members of the Southeast Energy Exchange Market (SEEM) (collectively, Filing Parties),[2] submitted revisions to the SEEM Agreement to reflect the addition of four new members:  Duke Energy Florida, LLC (Duke Florida); Tampa Electric Company (Tampa Electric); JEA; and Seminole Electric Cooperative, Inc. (Seminole) (collectively, New Members).  In this order, we accept the revisions to the SEEM Agreement and make them effective on January 1, 2023, as requested, as discussed below.

---

[1] 16 U.S.C. § 824d.

[2] The SEEM members at the time of filing were:  Alabama Power Company, Georgia Power Company, and Mississippi Power Company; Associated Electric Cooperative, Inc.; Dalton Utilities; Dominion Energy South Carolina, Inc.; Duke Energy Carolinas, LLC and Duke Energy Progress, LLC; Louisville Gas & Electric Company (LG&E) and Kentucky Utilities Company (KU) (and LG&E and KU Services Company and LG&E and KU Energy LLC, when acting as the agent or representative of LG&E/KU); North Carolina Municipal Power Agency Number 1; Power South Energy Cooperative; North Carolina Electric Membership Corporation; Tennessee Valley Authority; Georgia System Operations Corporation; Georgia Transmission Corporation; Municipal Electric Authority of Georgia; Oglethorpe Power Corporation; and South Carolina Public Service Authority.

# I.    Background

## A.    SEEM Agreement

2.    The SEEM Agreement, which became effective on October 12, 2021,[3] establishes a voluntary electronic trading platform to facilitate bilateral trading in the Southeast and market access to unused transmission capacity.[4] Each original SEEM member filed revisions to its transmission tariff to offer Non-Firm Energy Exchange Transmission Service (NFEETS) to accommodate SEEM transactions, which the Commission accepted in an order issued on November 8, 2021.[5]

3.    The SEEM Agreement permits additional entities to join as SEEM members if they meet certain specific criteria.[6] Such new members may join SEEM "effective as of the first day of the following calendar year . . . after executing" Joinder Agreements to the SEEM Agreement.[7] The SEEM Agreement further states that "an entity that meets the criteria for qualification and admission as a Member, as determined by the Membership Board, may become an Additional Member and a Party to this Agreement by executing this Agreement or a Joinder hereto, and upon payment of all applicable fees, dues and contributions so specified or authorized in this Agreement, the Secretary shall revise, or cause to be revised, Exhibit A to include such Additional Member."[8] The SEEM Agreement also requires members that provide transmission service to include NFEETS provisions in their tariffs.[9]

## B.    SEEM Joinder Agreements and NFEETs Filings

4.    On December 30, 2022, the Commission approved Duke Florida's and Tampa Electric's SEEM Joinder Agreements and corresponding Open Access Transmission

---

[3] *See Duke Energy Progress, LLC*, 177 FERC ¶ 61,080, at P 2 (2021).

[4] *Id.*

[5] *Id.* P 40.

[6] Alabama Power Company, Market Based Rate Tariff, Rate Schedule No. 1011, Southeast EEM Agreement (0.0.3), § 3.2.1 (SEEM Agreement).

[7] *Id.* § 3.2.3.

[8] *Id.* § 16.9.

[9] *Id.* § 3.2.1.

Tariff (OATT) revisions to allow for provision of NFEETS.[10]  Filing Parties attest that JEA and Seminole have similarly executed Joinder Agreements and revised their tariffs to allow provision of NFEETS,[11] although, as non-Commission-jurisdictional entities,[12] neither JEA nor Seminole were required to file those Joinder Agreements or tariff revisions with the Commission.

## II.    **Description of Filing**

5.      In the instant filing, Filing Parties have submitted revisions to Exhibit A of the SEEM Agreement that add the New Members to the list of existing SEEM members. Filing Parties state that the SEEM membership board has determined that each of the New Members meets the criteria for qualification and admission as a member.[13]  Filing Parties further state that each of the New Members has executed a Joinder Agreement and revised its transmission tariff to provide NFEETS.  Filing Parties explain that the SEEM secretary has authorized the proposed revisions of Exhibit A to reflect the New Members.[14]  Filing Parties seek an effective date of January 1, 2023, and waiver of the Commission's prior notice requirements to align with the requested effective dates of the New Members' Joinder Agreements and the anticipated effective date of the New Members' membership in the SEEM.

## III.    **Notice of Filing and Responsive Pleadings**

6.      Notice of the filing was published in the *Federal Register*, 87 Fed. Reg. 76,617 (Dec. 15, 2022), with interventions and protests due on or before December 30, 2022. Timely motions to intervene were filed by Advanced Energy Economy, Solar Energy Industries Association, Southeast Public Interest Groups,[15] and Sustainable FERC Project and Natural Resources Defense Council.  On January 3, 2023, Clean Energy Buyers Association filed an untimely motion to intervene.

---

[10] *Tampa Elec. Co.*, 181 FERC ¶ 61,275 (2022).

[11] Filing, Transmittal Letter at 2.

[12] *See* 16 U.S.C. § 824(f).

[13] Filing, Transmittal Letter at 2.

[14] *Id.* at 3.

[15] The Southeast Public Interest Groups are:  Energy Alabama; North Carolina Sustainable Energy Association; South Carolina Coastal Conservation League; Southern Alliance for Clean Energy; Southface Energy Institute; and Vote Solar.

7.      On December 30, 2022, Public Interest Organizations (PIO)[16] and Clean Energy Coalition[17] (collectively, Joint Protesters) filed a protest.  Joint Protesters explain that this protest adopts and incorporates the arguments made by the PIOs in the dockets establishing SEEM.[18]  Joint Protesters further explain that they are filing this protest to preserve their arguments as they relate to the appeals on the dockets establishing SEEM. Joint Protesters elaborate that they remain concerned about provisions of SEEM concerning market power, governance, access to transmission, market monitoring, and impacts on consumers.  Joint Protesters also claim that Filing Parties' proposed revision expands the "geographic market" for market-based rate sellers Duke Florida and Tampa Electric without providing a new market power analysis that they allege is required by the Commission's regulations.[19]  Joint Protesters argue that the Commission should therefore reject the instant filing because the proposed revisions to the SEEM Agreement are unjust, unreasonable, and unduly discriminatory.

## IV.    **Discussion**

### A.      **Procedural Matters**

8.      Pursuant to Rule 214 of the Commission's Rules of Practice and Procedure, 18 C.F.R. § 385.214 (2021), the timely, unopposed motions to intervene serve to make the entities that filed them parties to this proceeding.

9.      Pursuant to Rule 214(d) of the Commission's Rules of Practice and Procedure, 18 C.F.R. § 385.214(d) (2021), the Commission will grant Clean Energy Buyers Association's late-filed motion to intervene given its interest in the proceeding, the early stage of the proceeding, and the absence of undue prejudice or delay.

---

[16] The Public Interest Organizations are:  Energy Alabama; Natural Resources Defense Council; North Carolina Sustainable Energy Association; South Carolina Coastal Conservation League; Southern Alliance for Clean Energy; Southface Energy Institute, Inc.; Sustainable FERC Project; and Vote Solar.

[17] The Clean Energy Coalition is:  Advanced Energy Economy; Clean Energy Buyers Association; and Solar Energy Industries Association.

[18] Joint Protesters Protest at 2; *see Duke Energy Progress, LLC*, 177 FERC ¶ 61,080 at PP 30, 39, 47-49, 58-59, 61.

[19] Joint Protesters Protest at 3 (citing 18 C.F.R. § 35.42 (2021); *PacifiCorp*, 147 FERC ¶ 61,227, at P 206 (2014)).

Docket No. ER23-588-000                                                    - 5 -

B.    **Substantive Matters**

10.    We accept Filing Parties' revisions to the SEEM Agreement, effective January 1, 2023, as requested.  The SEEM Agreement provides that, when eligible entities become SEEM members through execution of Joinder Agreements to the SEEM Agreement, and pay applicable fees, dues, and contributions directed therein, "the Secretary [of the membership board] shall revise, or cause to be revised, [SEEM Agreement] Exhibit A to include such Additional Member" among the members list.[20]  Here, the SEEM membership board has determined that each of the New Members meets the criteria for qualification and admission as a member, and each of the New Members has executed a Joinder Agreement and revised its tariff to allow provision of NFEETS.[21]  Therefore, the revisions to the SEEM Agreement to add the New Members to the Exhibit A member list are just and reasonable and consistent with the SEEM Agreement.

11.    Regarding the issues that Joint Protesters raise in their Protest, first, we will not consider the arguments that Joint Protesters seek to incorporate by reference.  As the Commission has explained, "[s]uch an incorporation of arguments by reference places the Commission in the untenable position of determining which arguments are still relevant to the… filing before us."[22]  It is therefore the Commission's standard practice not to "allow parties to incorporate by reference arguments made in prior pleadings."[23]

---

[20] SEEM Agreement § 16.9.

[21] Filing, Transmittal Letter at 2.

[22] *Tampa Elec. Co.*, 181 FERC ¶ 61,275 at P 16; *accord San Diego Gas & Elec. Co. v. Sellers of Energy & Ancillary Serv.*, 117 FERC ¶ 61,151, at P 13 (2006); *ISO New England Inc.*, 119 FERC ¶ 61,161, at P 16 (2007) ("the Commission has rejected attempts to incorporate by reference arguments from a prior pleading in another proceeding as such incorporation fails to inform the Commission as to which arguments from the referenced pleading are relevant and how they are relevant. Such reasoning is equally applicable here in the context of a protest." (internal citation omitted)).

[23] *Duke Energy Guadalupe Pipeline, Inc.*, 116 FERC ¶ 61,080, at P 19 (2006); *accord The Town of Rollinsford, N.H.*, 180 FERC ¶ 61,176, at P 13 (2022).

12.    Furthermore, Joint Protesters' arguments are outside the scope of the instant filing.[24]  The instant filing concerns only the discrete issue of SEEM Agreement administrative procedures following the addition of New Members.[25]

13.    Finally, we grant Filing Parties' request for a waiver of the Commission's 60-day prior notice requirement to permit the January 1, 2023 requested effective date for good cause shown.[26]  Here, good cause exists because the January 1, 2023, effective date will allow the effective date of the revisions to align with the effective dates of the New Member Joinder Agreement filings[27] and the anticipated effective date of the New Members' membership in the SEEM, as governed by the SEEM Agreement.[28]

---

[24] *See ExxonMobil Oil Corp. v. FERC*, 363 F. App'x 752, 754 (D.C. Cir. 2010) ("[The Commission] did not abuse its discretion in holding that the shippers' challenges to the pipeline's existing rates and reported costs and revenue were outside the scope of a § 343.2(c)(1) proceeding." (citing *Mobil Oil Expl. & Producing Se. Inc. v. United Distrib. Cos.*, 498 U.S. 211, 230 (1991) ("An agency enjoys broad discretion in determining how best to handle related, yet discrete, issues in terms of procedures and priorities." (internal citations omitted)))); *La. Pub. Serv. Comm'n v. FERC*, 20 F.4th 1, 7 (D.C. Cir. 2021).

[25] Not only has the Commission already accepted the Joinder Agreement and NFEETS revisions for Tampa Electric and Duke Florida, but the Commission granted waiver of the joint system-wide OATT requirement in 18 C.F.R. § 35.28(c)(3) (2021)for public utility members of multi-lateral trading arrangements or agreements.  *See Tampa Elec. Co.*, 181 FERC ¶ 61,275 at P 15.

[26] 18 C.F.R. § 35.3(a)(1) (2021); *Cent. Hudson Gas & Elec. Corp.*, 60 FERC ¶ 61,106, at 61,339, *order on reh'g*, 61 FERC ¶ 61,089 (1992).

[27] *See Tampa Elec. Co.*, 181 FERC ¶ 61,275 at P 13.

[28] SEEM Agreement § 3.2.3.

Docket No. ER23-588-000                                                    - 7 -

The Commission orders:

     Filing Parties' proposed revisions to the SEEM Agreement are hereby accepted, effective as of January 1, 2023, as discussed in the body of this order.

By the Commission.

( S E A L )


                     Debbie-Anne A. Reese,
                      Deputy Secretary.

# EXHIBIT D

183 FERC ¶ 62,013
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Alabama Power Company                    Docket No.  ER23-588-001

NOTICE OF DENIAL OF REHEARING BY OPERATION OF LAW

(April 10, 2023)

Rehearing has been timely requested of the Commission's order issued on February 7, 2023, in this proceeding.  *Alabama Power Co.*, 182 FERC ¶ 61,053 (2023).

In the absence of Commission action on a request for rehearing within 30 days from the date it is filed, the request for rehearing may be deemed to have been denied. 16 U.S.C. § 825*l*(a); 18 C.F.R. § 385.713(f) (2022); *Allegheny Def. Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (en banc).

Debbie-Anne A. Reese,
Deputy Secretary.

# EXHIBIT E

## Service List for ER23-323-000 Tampa Electric Company

Contacts marked ** must be postal served

| Party | Primary Person or Counsel of Record to be Served | Other Contact to be Served |
|---|---|---|
| Advanced Energy United | Caitlin Marquis<br>Advanced Energy United<br>1010 VERMONT AVE NW STE 1050<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>cmarquis@advancedenergyunited.org | |
| Associated Electric Cooperative, Inc. | Nicole Allen<br>Partner<br>Thompson Coburn LLP<br>1909 K Street NW<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006<br>UNITED STATES<br>nallen@thompsoncoburn.com | Christopher M McGeeney<br>Transmission Policy<br>Associated Electric Cooperative, Inc.<br>2814 S GOLDEN AVE<br>SPRINGFIELD, MISSOURI 65807<br>cmcgeeney@aeci.org |
| Associated Electric Cooperative, Inc. | | Brian Prestwood<br>SVP General Counsel and CCO<br>Associated Electric Cooperative, Inc.<br>2814 S. Golden Ave.<br>Springfield, MISSOURI 65807<br>bprestwood@aeci.org |
| Dominion Energy South Carolina, Inc. | Sara Weinberg<br>Dominion Energy, Inc.<br>Dominion Energy<br>Mail Code C222, 220 Operation Way<br>Cayce, SOUTH CAROLINA 29033<br>UNITED STATES | |

| | | |
|---|---|---|
| | sara.weinberg@dominionenergy.com | |
| Duke Energy Carolinas, LLC, Duke Energy Progress, LLC, and Duke Energy Florida, LLC | Molly Suda<br>Duke Energy Corporation<br>1301 PENNSYLVANIA AVE NW STE 200<br>WASHINGTON, DISTRICT OF COLUMBIA 20004<br>UNITED STATES<br>molly.suda@duke-energy.com | |
| Energy Alabama | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| GASP, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Georgia Interfaith Power & Light | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| GEORGIA SYSTEM OPERATIONS | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036 |

| CORPORATION | COLUMBIA 2003<br>UNITED STATES<br>billdegrandis@paulhastings.com | gregoryjones@paulhastings.com |
|---|---|---|
| GEORGIA SYSTEM OPERATIONS CORPORATION | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, DISTRICT OF COLUMBIA 20036<br>jennamcgrath@paulhastings.com |
| Georgia Transmission Corporation | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF COLUMBIA 2003<br>UNITED STATES<br>billdegrandis@paulhastings.com | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036<br>gregoryjones@paulhastings.com |
| Georgia Transmission Corporation | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, DISTRICT OF COLUMBIA 20036<br>jennamcgrath@paulhastings.com |
| NATURAL RESOURCES DEFENSE COUNCIL | Caroline Reiser<br>NATURAL RESOURCES DEFENSE COUNCIL<br>1152 15th Street NW<br>Suite 300<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>creiser@nrdc.org | |
| NATURAL RESOURCES DEFENSE COUNCIL | Danielle Fidler<br>Senior Attorney<br>EARTHJUSTICE<br>48 WALL ST FL 15<br>NEW YORK, NEW YORK 10005 | |

| | | |
|---|---|---|
| | UNITED STATES<br>dfidler@earthjustice.org | |
| North Carolina Electric Membership Corporation | Sean Beeny<br>Attorney<br>McCarter & English LLP<br>1301 K Street N.W.<br>Suite 1000 West<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>sbeeny@mccarter.com | Sharon Craft<br>sharon.craft@ncemcs.com |
| North Carolina Electric Membership Corporation | Denise Goulet<br>Partner<br>McCarter & English, LLP<br>1301 K ST NW<br>SUITE 1000 WEST<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>dgoulet@mccarter.com | |
| North Carolina Electric Membership Corporation | Charles Bayless<br>General Counsel<br>North Carolina Electric Membership Corporation<br>3400 SUMNER BLVD<br>RALEIGH, NORTH CAROLINA 27616<br>UNITED STATES<br>charlie.bayless@ncemcs.com | |
| North Carolina Electric Membership Corporation | Michael Youth<br>Associate General Counsel<br>NCEMC<br>3400 SUMNER BLVD<br>RALEIGH, NORTH CAROLINA 27616<br>UNITED STATES<br>michael.youth@ncemcs.com | |
| North Carolina Municipal Power | Margaret McNaul<br>Attorney<br>Thompson Coburn LLP<br>1909 K Street, N.W.<br>Suite 600 | Rebecca Shelton<br>Thompson Coburn LLP<br>1909 K Street, N.W., Suite 600<br>Washington, DISTRICT OF |

| Agency Number 1 | Washington, DISTRICT OF COLUMBIA 20006 UNITED STATES mmcnaul@thompsoncoburn.com | COLUMBIA 20006-1167 rshelton@thompsoncoburn.com |
|---|---|---|
| North Carolina Municipal Power Agency Number 1 | | Jecoliah R Williams Associate Attorney Thompson Coburn LLP 1909 K Street, N.W. Suite 600 Washington, DISTRICT OF COLUMBIA 20006-1167 jwilliams@thompsoncoburn.com |
| North Carolina Municipal Power Agency Number 1 | | Matthew E Schull Chief Operating Officer ElectriCities of North Carolina, Inc. 1427 Meadow Wood Blvd Raleigh, NORTH CAROLINA 27604 mschull@electricities.org |
| North Carolina Municipal Power Agency Number 1 | | Jay Morrison Chief Legal and External Affai ElectriCities of North Carolina, Inc. 1427 Meadow Wood Ave. Raleigh, NORTH CAROLINA 27604 jmorriso@electricities.org |
| North Carolina Sustainable Energy Association | Maia Hutt Staff Attorney SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 UNITED STATES mhutt@selcnc.org | Alexandra Farrell SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 afarrell@selcnc.org |

| | | |
|---|---|---|
| Oglethorpe Power Corporation | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF COLUMBIA 2003<br>UNITED STATES<br>billdegrandis@paulhastings.com | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036<br>gregoryjones@paulhastings.com |
| Oglethorpe Power Corporation | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, DISTRICT OF COLUMBIA 20036<br>jennamcgrath@paulhastings.com |
| Partnership for Southern Equity | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| PowerSouth Energy Cooperative | Kevin Conoscenti<br>McCarter & English, LLP<br>1301 K Street N.W.<br>Suite 1000 West<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>kconoscenti@mccarter.com | Jay Farrington<br>Manager, Planningm Compliance<br>2027 East Three Notch<br>Andalusia, ALABAMA 36420<br>Jay.Farrington@powersouth.com |
| PowerSouth Energy Cooperative | | Virginia W Grimes<br>ginny.grimes@powersouth.com |
| PowerSouth Energy Cooperative | | Sean T Beeny, ESQ<br>Attorney<br>McCarter & English LLP<br>1301 K Street N.W.<br>Suite 1000 West<br>Washington, DISTRICT OF |

6

| | | |
|---|---|---|
| | | COLUMBIA 20005<br>sbeeny@mccarter.com |
| PowerSouth Energy Cooperative | | Priyanka Vashisht<br>McCarter & English, LLP<br>1301 K St NW, Suite 1000 West<br>Washington, D.C., DISTRICT OF COLUMBIA 20005<br>pvashisht@mccarter.com |
| Seminole Electric Cooperative, Inc. | Bret Galbraith<br>Staff Attorney<br>Seminole Electric Cooperative, Inc<br>16313 North Dale Mabry Hwy.<br>Tampa, FLORIDA 33618<br>UNITED STATES<br>BGalbraith@seminole-electric.com | Robert DeMelo<br>Manager of Transmission Servic<br>Seminole Electric Cooperative, Inc<br>16313 North Dale Mabry Hwy<br>Tampa, FLORIDA 33618<br>rdemelo@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Trudy Novak<br>VP of Member Services & Extern<br>Seminole Electric Cooperative, Inc.<br>16313 N Dale Mabry Hwy<br>Tampa, FLORIDA 33618<br>tnovak@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Harold Taylor<br>htaylor@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | David Ferrentino<br>Vice President and General Cou<br>Seminole Electric Cooperative, Inc<br>16313 N. Dale Mabry Highway<br>Tampa, FLORIDA 33618<br>Dferrentino@seminole-electric.com |

| | | |
|---|---|---|
| Seminole Electric Cooperative, Inc. | | Shayla McNeill<br>Director of Legal Services and<br>Seminole Electric Cooperative, Inc<br>16313 N DALE MABRY HWY<br>TAMPA, FLORIDA 33618<br>smcneill@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Kayla Allemang<br>Engineer<br>1905 Lake Platt Lane<br>Tampa, FLORIDA 33618<br>kallemang@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Jennifer Jairam<br>Seminole Electric Cooperative, Inc.<br>16313 N. Dale Mabry Highway<br>Tampa, FLORIDA 33618<br>jjairam@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Charles D Wubbena, SR<br>cwubbena@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | lesley r villarosa<br>lvillarosa@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | John Michael Adragna, ESQ<br>Partner<br>McCarter & English, LLP<br>1301 K Street, NW<br>Suite 1000 West<br>Washington, DISTRICT OF COLUMBIA 20005<br>Jadragna@mccarter.com |

| | | |
|---|---|---|
| Solar Energy Industries Association | Melissa Alfano<br>Manager of Regulatory Affairs<br>Solar Energy Industries Association<br>1425 K Street, N.W., Suite 1000<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>malfano@seia.org | Ben Norris<br>Manager of Federal Regulatory<br>Solar Energy Industries Association<br>1425 K St NW<br>Washington, DISTRICT OF COLUMBIA 20005<br>bnorris@seia.org |
| South Carolina Coastal Conservation League | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| South Carolina Public Service Authority | Stephen Pelcher<br>Deputy General Counsel<br>SANTEE COOPER PUBLIC SERVICE AUTHORITY<br>PO Box 2946101<br>Moncks Corner,SOUTH CAROLINA 29461-6101<br>UNITED STATES<br>srpelche@santeecooper.com | |
| Southern Alliance for Clean Energy | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Southern Company Services, Inc. | Christopher Demko<br>Southern Company Services, Inc.<br>30 Ivan Allen Jr. Blvd, NW<br>Atlanta, GEORGIA 30308 | |

| | UNITED STATES<br>chdemko@southernco.com | |
|---|---|---|
| Southface Energy Institute, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Sustainable FERC Project | John Moore<br>Senior Attorney<br>Sustainable FERC Project<br>2 N Riverside Plz Ste 2250<br>RTS-RETURN TO SENDER<br>Chicago, ILLINOIS 60606-2640<br>UNITED STATES<br>moore.fercproject@gmail.com | |
| Tampa Electric Company | Paula Brown<br>Tampa Electric Company<br>702 North Franklin Street<br>Regulatory Affairs<br>Tampa, FLORIDA 33602<br>UNITED STATES<br>regdept@tecoenergy.com | |
| Tennessee Valley Authority | Christopher Chandler<br>Tennessee Valley Authority<br>400 W. Summit Hill Dr. WT-6A<br>Knoxville, TENNESSEE 37902<br>UNITED STATES<br>ccchandler0@tva.gov | |
| Vote Solar | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |

Service List for ER23-324-000 Tampa Electric Company

Contacts marked ** must be postal served

| Party | Primary Person or Counsel of Record to be Served | Other Contact to be Served |
|---|---|---|
| Advanced Energy United | Caitlin Marquis<br>Advanced Energy United<br>1010 VERMONT AVE NW STE 1050<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>cmarquis@advancedenergyunited.org | |
| Associated Electric Cooperative, Inc. | Nicole Allen<br>Partner<br>Thompson Coburn LLP<br>1909 K Street NW<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006<br>UNITED STATES<br>nallen@thompsoncoburn.com | Christopher M McGeeney<br>Transmission Policy<br>Associated Electric Cooperative, Inc.<br>2814 S GOLDEN AVE<br>SPRINGFIELD, MISSOURI 65807<br>cmcgeeney@aeci.org |
| Associated Electric Cooperative, Inc. | | Brian Prestwood<br>SVP General Counsel and CCO<br>Associated Electric Cooperative, Inc.<br>2814 S. Golden Ave.<br>Springfield, MISSOURI 65807<br>bprestwood@aeci.org |
| Dominion Energy South Carolina, Inc. | Sara Weinberg<br>Dominion Energy, Inc.<br>Dominion Energy<br>Mail Code C222, 220 Operation Way<br>Cayce, SOUTH CAROLINA 29033<br>UNITED STATES | |

11

| | | |
|---|---|---|
| | sara.weinberg@dominionenergy.com | |
| Duke Energy Carolinas, LLC, Duke Energy Progress, LLC, and Duke Energy Florida, LLC | Molly Suda<br>Duke Energy Corporation<br>1301 PENNSYLVANIA AVE NW STE 200<br>WASHINGTON, DISTRICT OF COLUMBIA 20004<br>UNITED STATES<br>molly.suda@duke-energy.com | |
| Energy Alabama | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| GASP, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Georgia Interfaith Power & Light | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| GEORGIA SYSTEM OPERATIONS | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036 |

| | | |
|---|---|---|
| CORPORATION | COLUMBIA 2003 UNITED STATES billdegrandis@paulhastings.com | gregoryjones@paulhastings.com |
| GEORGIA SYSTEM OPERATIONS CORPORATION | | Jenna McGrath Of Counsel Paul Hastings LLP 2050 M St. NW Washington, DISTRICT OF COLUMBIA 20036 jennamcgrath@paulhastings.com |
| Georgia Transmission Corporation | William DeGrandis Partner Paul Hastings LLP 2050 M Street, NW Washington, DISTRICT OF COLUMBIA 2003 UNITED STATES billdegrandis@paulhastings.com | Gregory D Jones Paul Hastings LLP 2050 M ST NW WASHINGTON, DISTRICT OF COLUMBIA 20036 gregoryjones@paulhastings.com |
| Georgia Transmission Corporation | | Jenna McGrath Of Counsel Paul Hastings LLP 2050 M St. NW Washington, DISTRICT OF COLUMBIA 20036 jennamcgrath@paulhastings.com |
| NATURAL RESOURCES DEFENSE COUNCIL | Caroline Reiser NATURAL RESOURCES DEFENSE COUNCIL 1152 15th Street NW Suite 300 Washington, DISTRICT OF COLUMBIA 20005 UNITED STATES creiser@nrdc.org | |
| NATURAL RESOURCES DEFENSE COUNCIL | Danielle Fidler Senior Attorney EARTHJUSTICE 48 WALL ST FL 15 NEW YORK, NEW YORK 10005 | |

| | | |
|---|---|---|
| | UNITED STATES<br>dfidler@earthjustice.org | |
| North Carolina Electric Membership Corporation | Denise Goulet<br>Partner<br>McCarter & English, LLP<br>1301 K ST NW<br>SUITE 1000 WEST<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>dgoulet@mccarter.com | Sharon Craft<br>sharon.craft@ncemcs.com |
| North Carolina Electric Membership Corporation | Sean Beeny<br>Attorney<br>McCarter & English LLP<br>1301 K Street N.W.<br>Suite 1000 West<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>sbeeny@mccarter.com | |
| North Carolina Electric Membership Corporation | Michael Youth<br>Associate General Counsel<br>NCEMC<br>3400 SUMNER BLVD<br>RALEIGH, NORTH CAROLINA 27616<br>UNITED STATES<br>michael.youth@ncemcs.com | |
| North Carolina Municipal Power Agency Number 1 | Margaret McNaul<br>Attorney<br>Thompson Coburn LLP<br>1909 K Street, N.W.<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006<br>UNITED STATES<br>mmcnaul@thompsoncoburn.com | Rebecca Shelton<br>Thompson Coburn LLP<br>1909 K Street, N.W., Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006-1167<br>rshelton@thompsoncoburn.com |
| North Carolina Municipal Power | | Jecoliah R Williams<br>Associate Attorney<br>Thompson Coburn LLP<br>1909 K Street, N.W. |

14

| Agency Number 1 | | Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006-1167<br>jwilliams@thompsoncoburn.com |
|---|---|---|
| North Carolina Municipal Power Agency Number 1 | | Matthew E Schull<br>Chief Operating Officer<br>ElectriCities of North Carolina, Inc.<br>1427 Meadow Wood Blvd<br>Raleigh, NORTH CAROLINA 27604<br>mschull@electricities.org |
| North Carolina Municipal Power Agency Number 1 | | Jay Morrison<br>Chief Legal and External Affai<br>ElectriCities of North Carolina, Inc.<br>1427 Meadow Wood Ave.<br>Raleigh, NORTH CAROLINA 27604<br>jmorriso@electricities.org |
| North Carolina Sustainable Energy Association | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Oglethorpe Power Corporation | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF COLUMBIA 2003<br>UNITED STATES<br>billdegrandis@paulhastings.com | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036<br>gregoryjones@paulhastings.com |
| Oglethorpe Power Corporation | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP |

| | | |
|---|---|---|
| | | 2050 M St. NW Washington, DISTRICT OF COLUMBIA 20036 jennamcgrath@paulhastings.com |
| Partnership for Southern Equity | Maia Hutt Staff Attorney SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 UNITED STATES mhutt@selcnc.org | Alexandra Farrell SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 afarrell@selcnc.org |
| PowerSouth Energy Cooperative | Kevin Conoscenti McCarter & English, LLP 1301 K Street N.W. Suite 1000 West Washington, DISTRICT OF COLUMBIA 20005 UNITED STATES kconoscenti@mccarter.com | Jay Farrington Manager, Planningm Compliance 2027 East Three Notch Andalusia, ALABAMA 36420 Jay.Farrington@powersouth.com |
| PowerSouth Energy Cooperative | | Virginia W Grimes ginny.grimes@powersouth.com |
| PowerSouth Energy Cooperative | | Sean T Beeny, ESQ Attorney McCarter & English LLP 1301 K Street N.W. Suite 1000 West Washington, DISTRICT OF COLUMBIA 20005 sbeeny@mccarter.com |
| PowerSouth Energy Cooperative | | Priyanka Vashisht McCarter & English, LLP 1301 K St NW, Suite 1000 West Washington, D.C., DISTRICT OF COLUMBIA 20005 pvashisht@mccarter.com |

| | | |
|---|---|---|
| Solar Energy Industries Association | Melissa Alfano<br>Manager of Regulatory Affairs<br>Solar Energy Industries Association<br>1425 K Street, N.W., Suite 1000<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>malfano@seia.org | Ben Norris<br>Manager of Federal Regulatory<br>Solar Energy Industries Association<br>1425 K St NW<br>Washington, DISTRICT OF COLUMBIA 20005<br>bnorris@seia.org |
| South Carolina Coastal Conservation League | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| South Carolina Public Service Authority | Stephen Pelcher<br>Deputy General Counsel<br>SANTEE COOPER PUBLIC SERVICE AUTHORITY<br>PO Box 2946101<br>Moncks Corner,SOUTH CAROLINA 29461-6101<br>UNITED STATES<br>srpelche@santeecooper.com | |
| Southern Alliance for Clean Energy | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Southern Company Services, Inc. | Christopher Demko<br>Southern Company Services, Inc.<br>30 Ivan Allen Jr. Blvd, NW<br>Atlanta, GEORGIA 30308 | |

17

| | | |
|---|---|---|
| | UNITED STATES<br>chdemko@southernco.com | |
| Southface Energy Institute, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Sustainable FERC Project | John Moore<br>Senior Attorney<br>Sustainable FERC Project<br>2 N Riverside Plz Ste 2250<br>RTS-RETURN TO SENDER<br>Chicago, ILLINOIS 60606-2640<br>UNITED STATES<br>moore.fercproject@gmail.com | |
| Tampa Electric Company | Paula Brown<br>Tampa Electric Company<br>702 North Franklin Street<br>Regulatory Affairs<br>Tampa, FLORIDA 33602<br>UNITED STATES<br>regdept@tecoenergy.com | |
| Tennessee Valley Authority | Christopher Chandler<br>Tennessee Valley Authority<br>400 W. Summit Hill Dr. WT-6A<br>Knoxville, TENNESSEE 37902<br>UNITED STATES<br>ccchandler0@tva.gov | |
| Vote Solar | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |

Service List for ER23-325-000 Duke Energy Florida, LLC

Contacts marked ** must be postal served

| Party | Primary Person or Counsel of Record to be Served | Other Contact to be Served |
|---|---|---|
| Advanced Energy United | Caitlin Marquis<br>Advanced Energy United<br>1010 VERMONT AVE NW STE 1050<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>cmarquis@advancedenergyunited.org | |
| Associated Electric Cooperative, Inc. | Nicole Allen<br>Partner<br>Thompson Coburn LLP<br>1909 K Street NW<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006<br>UNITED STATES<br>nallen@thompsoncoburn.com | Brian Prestwood<br>SVP General Counsel and CCO<br>Associated Electric Cooperative, Inc.<br>2814 S. Golden Ave.<br>Springfield, MISSOURI 65807<br>bprestwood@aeci.org |
| Associated Electric Cooperative, Inc. | | Christopher M McGeeney<br>Transmission Policy<br>Associated Electric Cooperative, Inc.<br>2814 S GOLDEN AVE<br>SPRINGFIELD, MISSOURI 65807<br>cmcgeeney@aeci.org |
| Dominion Energy South Carolina, Inc. | Sara Weinberg<br>Dominion Energy, Inc.<br>Dominion Energy<br>Mail Code C222, 220 Operation Way<br>Cayce, SOUTH CAROLINA 29033<br>UNITED STATES<br>sara.weinberg@dominionenergy.com | |

| | | |
|---|---|---|
| Duke Energy Florida, LLC | Molly Suda<br>Duke Energy Corporation<br>1301 PENNSYLVANIA AVE NW STE 200<br>WASHINGTON, DISTRICT OF COLUMBIA 20004<br>UNITED STATES<br>molly.suda@duke-energy.com | Leah Buchanan<br>Duke Energy eTariff Account<br>Duke Energy Corporation<br>550 South Tryon Street<br>Charlotte, NORTH CAROLINA 28202<br>e-tariff@duke-energy.com |
| Energy Alabama | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| GASP, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Georgia Interfaith Power & Light | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| GEORGIA SYSTEM OPERATIONS CORPORATION | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF COLUMBIA 2003 | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036<br>gregoryjones@paulhastings.com |

| | UNITED STATES<br>billdegrandis@paulhastings.com | |
|---|---|---|
| GEORGIA SYSTEM OPERATIONS CORPORATION | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, DISTRICT OF COLUMBIA 20036<br>jennamcgrath@paulhastings.com |
| Georgia Transmission Corporation | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF COLUMBIA 2003<br>UNITED STATES<br>billdegrandis@paulhastings.com | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036<br>gregoryjones@paulhastings.com |
| Georgia Transmission Corporation | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, DISTRICT OF COLUMBIA 20036<br>jennamcgrath@paulhastings.com |
| NATURAL RESOURCES DEFENSE COUNCIL | Caroline Reiser<br>NATURAL RESOURCES DEFENSE COUNCIL<br>1152 15th Street NW<br>Suite 300<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>creiser@nrdc.org | |
| NATURAL RESOURCES DEFENSE COUNCIL | Danielle Fidler<br>Senior Attorney<br>EARTHJUSTICE<br>48 WALL ST FL 15<br>NEW YORK, NEW YORK 10005<br>UNITED STATES<br>dfidler@earthjustice.org | |

21

| | | |
|---|---|---|
| North Carolina Electric Membership Corporation | Denise Goulet<br>Partner<br>McCarter & English, LLP<br>1301 K ST NW<br>SUITE 1000 WEST<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>dgoulet@mccarter.com | Sharon Craft<br>sharon.craft@ncemcs.com |
| North Carolina Electric Membership Corporation | Sean Beeny<br>Attorney<br>McCarter & English LLP<br>1301 K Street N.W.<br>Suite 1000 West<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>sbeeny@mccarter.com | |
| North Carolina Electric Membership Corporation | Michael Youth<br>Associate General Counsel<br>NCEMC<br>3400 SUMNER BLVD<br>RALEIGH, NORTH CAROLINA 27616<br>UNITED STATES<br>michael.youth@ncemcs.com | |
| North Carolina Electric Membership Corporation | Charles Bayless<br>General Counsel<br>North Carolina Electric Membership Corporation<br>3400 SUMNER BLVD<br>RALEIGH, NORTH CAROLINA 27616<br>UNITED STATES<br>charlie.bayless@ncemcs.com | |
| North Carolina Municipal Power Agency Number 1 | Margaret McNaul<br>Attorney<br>Thompson Coburn LLP<br>1909 K Street, N.W.<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006 | Rebecca Shelton<br>Thompson Coburn LLP<br>1909 K Street, N.W., Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006-1167 |

| | | |
|---|---|---|
| | UNITED STATES<br>mmcnaul@thompsoncoburn.com | rshelton@thompsoncoburn.com |
| North Carolina Municipal Power Agency Number 1 | | Jecoliah R Williams<br>Associate Attorney<br>Thompson Coburn LLP<br>1909 K Street, N.W.<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006-1167<br>jwilliams@thompsoncoburn.com |
| North Carolina Municipal Power Agency Number 1 | | Matthew E Schull<br>Chief Operating Officer<br>ElectriCities of North Carolina, Inc.<br>1427 Meadow Wood Blvd<br>Raleigh, NORTH CAROLINA 27604<br>mschull@electricities.org |
| North Carolina Municipal Power Agency Number 1 | | Jay Morrison<br>Chief Legal and External Affai<br>ElectriCities of North Carolina, Inc.<br>1427 Meadow Wood Ave.<br>Raleigh, NORTH CAROLINA 27604<br>jmorriso@electricities.org |
| North Carolina Sustainable Energy Association | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Oglethorpe Power Corporation | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT |

| | | |
|---|---|---|
| | Washington, DISTRICT OF COLUMBIA 2003 UNITED STATES billdegrandis@paulhastings.com | OF COLUMBIA 20036 gregoryjones@paulhastings. com |
| Oglethorpe Power Corporation | | Jenna McGrath Of Counsel Paul Hastings LLP 2050 M St. NW Washington, DISTRICT OF COLUMBIA 20036 jennamcgrath@paulhastings .com |
| Partnership for Southern Equity | Maia Hutt Staff Attorney SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 UNITED STATES mhutt@selcnc.org | Alexandra Farrell SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 afarrell@selcnc.org |
| PowerSouth Energy Cooperative | Kevin Conoscenti McCarter & English, LLP 1301 K Street N.W. Suite 1000 West Washington, DISTRICT OF COLUMBIA 20005 UNITED STATES kconoscenti@mccarter.com | Jay Farrington Manager, Planningm Compliance 2027 East Three Notch Andalusia, ALABAMA 36420 Jay.Farrington@powersouth. com |
| PowerSouth Energy Cooperative | | Virginia W Grimes ginny.grimes@powersouth.c om |
| PowerSouth Energy Cooperative | | Sean T Beeny, ESQ Attorney McCarter & English LLP 1301 K Street N.W. Suite 1000 West Washington, DISTRICT OF COLUMBIA 20005 sbeeny@mccarter.com |

24

| | | |
|---|---|---|
| PowerSouth Energy Cooperative | | Priyanka Vashisht<br>McCarter & English, LLP<br>1301 K St NW, Suite 1000 West<br>Washington, D.C., DISTRICT OF COLUMBIA 20005<br>pvashisht@mccarter.com |
| Solar Energy Industries Association | Melissa Alfano<br>Manager of Regulatory Affairs<br>Solar Energy Industries Association<br>1425 K Street, N.W., Suite 1000<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>malfano@seia.org | Ben Norris<br>Manager of Federal Regulatory<br>Solar Energy Industries Association<br>1425 K St NW<br>Washington, DISTRICT OF COLUMBIA 20005<br>bnorris@seia.org |
| South Carolina Coastal Conservation League | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| South Carolina Public Service Authority | Stephen Pelcher<br>Deputy General Counsel<br>SANTEE COOPER PUBLIC SERVICE AUTHORITY<br>PO Box 2946101<br>Moncks Corner,SOUTH CAROLINA 29461-6101<br>UNITED STATES<br>srpelche@santeecooper.com | |
| Southern Alliance for Clean Energy | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516 | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH |

|  |  |  |
|---|---|---|
|  | UNITED STATES<br>mhutt@selcnc.org | CAROLINA 27516<br>afarrell@selcnc.org |
| Southern Company Services, Inc. | Christopher Demko<br>Southern Company Services, Inc.<br>30 Ivan Allen Jr. Blvd, NW<br>Atlanta, GEORGIA 30308<br>UNITED STATES<br>chdemko@southernco.com |  |
| Southface Energy Institute, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Sustainable FERC Project | John Moore<br>Senior Attorney<br>Sustainable FERC Project<br>2 N Riverside Plz Ste 2250<br>RTS-RETURN TO SENDER<br>Chicago, ILLINOIS 60606-2640<br>UNITED STATES<br>moore.fercproject@gmail.com |  |
| Tennessee Valley Authority | Christopher Chandler<br>Tennessee Valley Authority<br>400 W. Summit Hill Dr. WT-6A<br>Knoxville, TENNESSEE 37902<br>UNITED STATES<br>ccchandler0@tva.gov |  |
| Vote Solar | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |

Service List for ER23-338-000 Duke Energy Carolinas, LLC

Contacts marked ** must be postal served

| Party | Primary Person or Counsel of Record to be Served | Other Contact to be Served |
|---|---|---|
| Advanced Energy United | Caitlin Marquis<br>Advanced Energy United<br>1010 VERMONT AVE NW STE 1050<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>cmarquis@advancedenergyunited.org | |
| Associated Electric Cooperative, Inc. | Nicole Allen<br>Partner<br>Thompson Coburn LLP<br>1909 K Street NW<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006<br>UNITED STATES<br>nallen@thompsoncoburn.com | Brian Prestwood<br>SVP General Counsel and CCO<br>Associated Electric Cooperative, Inc.<br>2814 S. Golden Ave.<br>Springfield, MISSOURI 65807<br>bprestwood@aeci.org |
| Associated Electric Cooperative, Inc. | | Christopher M McGeeney<br>Transmission Policy<br>Associated Electric Cooperative, Inc.<br>2814 S GOLDEN AVE<br>SPRINGFIELD, MISSOURI 65807<br>cmcgeeney@aeci.org |
| Dominion Energy South Carolina, Inc. | Sara Weinberg<br>Dominion Energy, Inc.<br>Dominion Energy<br>Mail Code C222, 220 Operation Way<br>Cayce, SOUTH CAROLINA 29033<br>UNITED STATES<br>sara.weinberg@dominionenergy.com | |

| | | |
|---|---|---|
| Duke Energy Carolinas, LLC | Molly Suda<br>Duke Energy Corporation<br>1301 PENNSYLVANIA AVE NW STE 200<br>WASHINGTON, DISTRICT OF COLUMBIA 20004<br>UNITED STATES<br>molly.suda@duke-energy.com | Leah Buchanan<br>Duke Energy eTariff Account<br>Duke Energy Corporation<br>550 South Tryon Street<br>Charlotte, NORTH CAROLINA 28202<br>e-tariff@duke-energy.com |
| Duke Energy Florida, LLC | Molly Suda<br>Duke Energy Corporation<br>1301 PENNSYLVANIA AVE NW STE 200<br>WASHINGTON, DISTRICT OF COLUMBIA 20004<br>UNITED STATES<br>molly.suda@duke-energy.com | Leah Buchanan<br>Duke Energy eTariff Account<br>Duke Energy Corporation<br>550 South Tryon Street<br>Charlotte, NORTH CAROLINA 28202<br>e-tariff@duke-energy.com |
| Energy Alabama | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| GASP, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Georgia Interfaith Power & Light | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516 | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH |

| | | |
|---|---|---|
| | UNITED STATES<br>mhutt@selcnc.org | CAROLINA 27516<br>afarrell@selcnc.org |
| GEORGIA SYSTEM OPERATIONS CORPORATION | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF COLUMBIA 2003<br>UNITED STATES<br>billdegrandis@paulhastings.com | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036<br>gregoryjones@paulhastings.com |
| GEORGIA SYSTEM OPERATIONS CORPORATION | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, DISTRICT OF COLUMBIA 20036<br>jennamcgrath@paulhastings.com |
| Georgia Transmission Corporation | William DeGrandis<br>Partner<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington, DISTRICT OF COLUMBIA 2003<br>UNITED STATES<br>billdegrandis@paulhastings.com | Gregory D Jones<br>Paul Hastings LLP<br>2050 M ST NW<br>WASHINGTON, DISTRICT OF COLUMBIA 20036<br>gregoryjones@paulhastings.com |
| Georgia Transmission Corporation | | Jenna McGrath<br>Of Counsel<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, DISTRICT OF COLUMBIA 20036<br>jennamcgrath@paulhastings.com |
| NATURAL RESOURCES DEFENSE COUNCIL | Caroline Reiser<br>NATURAL RESOURCES DEFENSE COUNCIL<br>1152 15th Street NW<br>Suite 300<br>Washington, DISTRICT OF COLUMBIA 20005 | |

| | UNITED STATES creiser@nrdc.org | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL | Danielle Fidler Senior Attorney EARTHJUSTICE 48 WALL ST FL 15 NEW YORK, NEW YORK 10005 UNITED STATES dfidler@earthjustice.org | |
| North Carolina Electric Membership Corporation | Denise Goulet Partner McCarter & English, LLP 1301 K ST NW SUITE 1000 WEST WASHINGTON, DISTRICT OF COLUMBIA 20005 UNITED STATES dgoulet@mccarter.com | Sharon Craft sharon.craft@ncemcs.com |
| North Carolina Electric Membership Corporation | Sean Beeny Attorney McCarter & English LLP 1301 K Street N.W. Suite 1000 West Washington, DISTRICT OF COLUMBIA 20005 UNITED STATES sbeeny@mccarter.com | |
| North Carolina Electric Membership Corporation | Charles Bayless General Counsel North Carolina Electric Membership Corporation 3400 SUMNER BLVD RALEIGH, NORTH CAROLINA 27616 UNITED STATES charlie.bayless@ncemcs.com | |
| North Carolina Electric Membership Corporation | Michael Youth Associate General Counsel NCEMC 3400 SUMNER BLVD RALEIGH, NORTH CAROLINA 27616 | |

| | UNITED STATES<br>michael.youth@ncemcs.com | |
|---|---|---|
| North Carolina Municipal Power Agency Number 1 | Margaret McNaul<br>Attorney<br>Thompson Coburn LLP<br>1909 K Street, N.W.<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006<br>UNITED STATES<br>mmcnaul@thompsoncoburn.com | Rebecca Shelton<br>Thompson Coburn LLP<br>1909 K Street, N.W., Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006-1167<br>rshelton@thompsoncoburn.com |
| North Carolina Municipal Power Agency Number 1 | | Jecoliah R Williams<br>Associate Attorney<br>Thompson Coburn LLP<br>1909 K Street, N.W.<br>Suite 600<br>Washington, DISTRICT OF COLUMBIA 20006-1167<br>jwilliams@thompsoncoburn.com |
| North Carolina Municipal Power Agency Number 1 | | Matthew E Schull<br>Chief Operating Officer<br>ElectriCities of North Carolina, Inc.<br>1427 Meadow Wood Blvd<br>Raleigh, NORTH CAROLINA 27604<br>mschull@electricities.org |
| North Carolina Municipal Power Agency Number 1 | | Jay Morrison<br>Chief Legal and External Affai<br>ElectriCities of North Carolina, Inc.<br>1427 Meadow Wood Ave.<br>Raleigh, NORTH CAROLINA 27604<br>jmorriso@electricities.org |
| North Carolina Sustainable | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER |

| | | |
|---|---|---|
| Energy Association | 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 UNITED STATES mhutt@selcnc.org | 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 afarrell@selcnc.org |
| Oglethorpe Power Corporation | William DeGrandis Partner Paul Hastings LLP 2050 M Street, NW Washington, DISTRICT OF COLUMBIA 2003 UNITED STATES billdegrandis@paulhastings.com | Gregory D Jones Paul Hastings LLP 2050 M ST NW WASHINGTON, DISTRICT OF COLUMBIA 20036 gregoryjones@paulhastings.com |
| Oglethorpe Power Corporation | | Jenna McGrath Of Counsel Paul Hastings LLP 2050 M St. NW Washington, DISTRICT OF COLUMBIA 20036 jennamcgrath@paulhastings.com |
| Partnership for Southern Equity | Maia Hutt Staff Attorney SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 UNITED STATES mhutt@selcnc.org | Alexandra Farrell SOUTHERN ENVIRONMENTAL LAW CENTER 601 W ROSEMARY ST UNIT 220 CHAPEL HILL, NORTH CAROLINA 27516 afarrell@selcnc.org |
| PowerSouth Energy Cooperative | Kevin Conoscenti McCarter & English, LLP 1301 K Street N.W. Suite 1000 West Washington, DISTRICT OF COLUMBIA 20005 UNITED STATES kconoscenti@mccarter.com | Jay Farrington Manager, Planningm Compliance 2027 East Three Notch Andalusia, ALABAMA 36420 Jay.Farrington@powersouth.com |
| PowerSouth Energy Cooperative | | Virginia W Grimes ginny.grimes@powersouth.com |

| | | |
|---|---|---|
| PowerSouth Energy Cooperative | | Sean T Beeny, ESQ Attorney McCarter & English LLP 1301 K Street N.W. Suite 1000 West Washington, DISTRICT OF COLUMBIA 20005 sbeeny@mccarter.com |
| PowerSouth Energy Cooperative | | Priyanka Vashisht McCarter & English, LLP 1301 K St NW, Suite 1000 West Washington, D.C., DISTRICT OF COLUMBIA 20005 pvashisht@mccarter.com |
| Seminole Electric Cooperative, Inc. | Bret Galbraith Staff Attorney Seminole Electric Cooperative, Inc 16313 North Dale Mabry Hwy. Tampa, FLORIDA 33618 UNITED STATES BGalbraith@seminole-electric.com | Robert DeMelo Manager of Transmission Servic Seminole Electric Cooperative, Inc 16313 North Dale Mabry Hwy Tampa, FLORIDA 33618 rdemelo@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Trudy Novak VP of Member Services & Extern Seminole Electric Cooperative, Inc. 16313 N Dale Mabry Hwy Tampa, FLORIDA 33618 tnovak@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Harold Taylor htaylor@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | David Ferrentino Vice President and General Cou Seminole Electric |

| | | |
|---|---|---|
| | | Cooperative, Inc<br>16313 N. Dale Mabry Highway<br>Tampa, FLORIDA 33618<br>Dferrentino@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Shayla McNeill<br>Director of Legal Services and<br>Seminole Electric Cooperative, Inc<br>16313 N DALE MABRY HWY<br>TAMPA, FLORIDA 33618<br>smcneill@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Kayla Allemang<br>Engineer<br>1905 Lake Platt Lane<br>Tampa, FLORIDA 33618<br>kallemang@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Jennifer Jairam<br>Seminole Electric Cooperative, Inc.<br>16313 N. Dale Mabry Highway<br>Tampa, FLORIDA 33618<br>jjairam@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | Charles D Wubbena, SR<br>cwubbena@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | lesley r villarosa<br>lvillarosa@seminole-electric.com |
| Seminole Electric Cooperative, Inc. | | John Michael Adragna, ESQ<br>Partner<br>McCarter & English, LLP<br>1301 K Street, NW |

| | | |
|---|---|---|
| | | Suite 1000 West<br>Washington, DISTRICT OF<br>COLUMBIA 20005<br>Jadragna@mccarter.com |
| Solar Energy Industries Association | Melissa Alfano<br>Manager of Regulatory Affairs<br>Solar Energy Industries Association<br>1425 K Street, N.W., Suite 1000<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>malfano@seia.org | Ben Norris<br>Manager of Federal Regulatory<br>Solar Energy Industries Association<br>1425 K St NW<br>Washington, DISTRICT OF COLUMBIA 20005<br>bnorris@seia.org |
| South Carolina Coastal Conservation League | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| South Carolina Public Service Authority | Stephen Pelcher<br>Deputy General Counsel<br>SANTEE COOPER PUBLIC SERVICE AUTHORITY<br>PO Box 2946101<br>Moncks Corner,SOUTH CAROLINA 29461-6101<br>UNITED STATES<br>srpelche@santeecooper.com | |
| Southern Alliance for Clean Energy | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Southern Company | Christopher Demko<br>Southern Company Services, | |

| Services, Inc. | Inc.<br>30 Ivan Allen Jr. Blvd, NW<br>Atlanta, GEORGIA 30308<br>UNITED STATES<br>chdemko@southernco.com | |
|---|---|---|
| Southface Energy Institute, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Sustainable FERC Project | John Moore<br>Senior Attorney<br>Sustainable FERC Project<br>2 N Riverside Plz Ste 2250<br>RTS-RETURN TO SENDER<br>Chicago, ILLINOIS 60606-2640<br>UNITED STATES<br>moore.fercproject@gmail.com | |
| Tennessee Valley Authority | Christopher Chandler<br>Tennessee Valley Authority<br>400 W. Summit Hill Dr. WT-6A<br>Knoxville, TENNESSEE 37902<br>UNITED STATES<br>ccchandler0@tva.gov | |
| Vote Solar | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |

## Service List for ER23-588-000 Alabama Power Company

Contacts marked ** must be postal served

| Party | Primary Person or Counsel of Record to be Served | Other Contact to be Served |
|---|---|---|
| Advanced Energy United | Caitlin Marquis<br>Advanced Energy United<br>1010 VERMONT AVE NW STE 1050<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>cmarquis@advancedenergyunited.org | |
| Alabama Power Company | Noel Symons<br>Attorney<br>McGuireWoods LLP<br>888 16TH ST NW STE 500<br>BLACK LIVES MATTER PLAZA<br>WASHINGTON, DISTRICT OF COLUMBIA 20006<br>UNITED STATES<br>nsymons@mcguirewoods.com | Katlyn A Farrell<br>McGuire Woods LLP<br>888 16TH ST NW STE 500<br>WASHINGTON, DISTRICT OF COLUMBIA 20006<br>kfarrell@mcguirewoods.com |
| Alabama Power Company | | Carrie A Mobley<br>McGuireWoods LLP<br>888 16th St. NW, Suite 500 Black Lives Matter Plaza<br>Washington, DISTRICT OF COLUMBIA 20006<br>cmobley@mcguirewoods.com |
| Alabama Power Company | | Corban Coffman<br>McGuireWoods LLP<br>McGuireWoods LLP<br>888 16th St NW<br>Suite 500, Black Lives Matter Plaza<br>Washington, DISTRICT OF COLUMBIA 20006 |

37

| | | |
|---|---|---|
| | | ccoffman@mcguirewoods.com |
| Alabama Power Company | | Christopher H Demko<br>Southern Company Services, Inc.<br>30 Ivan Allen Jr. Blvd, NW<br>Atlanta, GEORGIA 30308<br>chdemko@southernco.com |
| Clean Energy Buyers Association | Bryn Baker<br>Clean Energy Buyers Associatio<br>1425 K ST NW STE 1100<br>WASHINGTON, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>bbaker@cebuyers.org | |
| Energy Alabama | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| NATURAL RESOURCES DEFENSE COUNCIL | Caroline Reiser<br>NATURAL RESOURCES DEFENSE COUNCIL<br>1152 15th Street NW<br>Suite 300<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>creiser@nrdc.org | |
| NATURAL RESOURCES DEFENSE COUNCIL | Danielle Fidler<br>Senior Attorney<br>EARTHJUSTICE<br>48 WALL ST FL 15<br>NEW YORK, NEW YORK 10005<br>UNITED STATES<br>dfidler@earthjustice.org | |

| | | |
|---|---|---|
| North Carolina Sustainable Energy Association | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | |
| Solar Energy Industries Association | Melissa Alfano<br>Manager of Regulatory Affairs<br>Solar Energy Industries Association<br>1425 K Street, N.W., Suite 1000<br>Washington, DISTRICT OF COLUMBIA 20005<br>UNITED STATES<br>malfano@seia.org | Ben Norris<br>Manager of Federal Regulatory<br>Solar Energy Industries Association<br>1425 K St NW<br>Washington, DISTRICT OF COLUMBIA 20005<br>bnorris@seia.org |
| South Carolina Coastal Conservation League | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| South Carolina Coastal Conservation League | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | |
| Southern Alliance for Clean Energy | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA | Alexandra Farrell<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |

| | 27516<br>UNITED STATES<br>mhutt@selcnc.org | |
|---|---|---|
| Southface Energy Institute, Inc. | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |
| Sustainable FERC Project | John Moore<br>Senior Attorney<br>Sustainable FERC Project<br>2 N Riverside Plz Ste 2250<br>RTS-RETURN TO SENDER<br>Chicago, ILLINOIS 60606-2640<br>UNITED STATES<br>moore.fercproject@gmail.com | |
| Vote Solar | Maia Hutt<br>Staff Attorney<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>UNITED STATES<br>mhutt@selcnc.org | Alexandra Farrell<br>601 W ROSEMARY ST UNIT 220<br>CHAPEL HILL, NORTH CAROLINA 27516<br>afarrell@selcnc.org |