UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Advanced Energy United, *et al.* ) | |
|     *Petitioners*, ) | |
| ) | |
| v. ) | No. 23-1123 |
| ) | |
| Federal Energy Regulatory Commission, ) | |
|     *Respondent*. ) | |
| ) | |

**UNOPPOSED MOTION OF PETITIONERS
TO HOLD PROCEEDINGS IN ABEYANCE**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Petitioners move this Court to hold the proceedings in this case in abeyance, including the filing of the certified index to the record, pending resolution of *Advanced Energy Economy et al. v. FERC*, D.C. Cir. Case No. 22-1018 ("AEE"), which currently is pending before this Court. Counsel for Respondent has indicated that Respondent does not oppose this request.

**BACKGROUND**

This appeal arises from several interrelated proceedings involving the Federal Energy Regulatory Commission's ("Commission") approval of the Southeast Energy Exchange Market ("SEEM"), a new wholesale energy trading platform that was proposed by several transmission-owning utilities located in the Southeast United States. The *AEE* case, which held oral argument on March 15, 2023, addressed a separate petition for review brought by Petitioners related to the

foundational proceedings approving the agreement establishing the SEEM market and SEEM's proposed transmission service. During the pendency of the *AEE* appeal, members of SEEM filed revisions to the underlying SEEM agreement and open access transmission tariffs that would expand SEEM's market footprint to include four additional utilities. Petitioners filed this petition for review to fully protect their initial appeal of FERC's antecedent orders approving the underlying SEEM agreement and transmission service at issue in the pending *AEE* appeal. This appeal therefore is contingent upon the outcome in *AEE*, and the requested abeyance will serve judicial economy.

## PROPOSED SCHEDULE

Petitioners request that the proceedings in this case be held in abeyance until the Court's mandate issues in *AEE*. Petitioners further propose that the Court direct the parties to submit a motion to govern proceedings within 20 days of the Court's issuance of a mandate on the *AEE* petition.

## CONCLUSION

Petitioners respectfully request that the Court issue an order placing this matter in abeyance as outlined above.

Dated: May 16, 2023                    Respectfully submitted,

/s/ Maia Hutt
Maia Hutt
Southern Environmental Law Center
601 West Rosemary Street, Suite 220

<0>USCA Case #23-1123    Document #1999487    Filed: 05/16/2023    Page 3 of 6

Chapel Hill, NC 27516
mhutt@selcnc.org

Nicholas Guidi
Southern Environmental Law Center
122 C Street NW, Suite 325
Washington, DC 20001
nguidi@selcdc.org

*Counsel for Energy Alabama, Georgia Interfaith Power and Light, North Carolina Sustainable Energy Association, Partnership for Southern Equity, Southern Alliance for Clean Energy, South Carolina Coastal Conservation League, Southface Institute, Vote Solar*

/s/ Danielle C. Fidler
Danielle C. Fidler
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
dfidler@earthjustice.org

Alexander Tom
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
atom@earthjustice.org

/s/ Caroline Reiser
Caroline Reiser
Natural Resources Defense Council
1152 15th Street NW #300
Washington, DC 20005
creiser@nrdc.org

John N. Moore
Natural Resources Defense Council
20 North Wacker Street, Suite 1600

3

Chicago, Illinois 60201
Telephone: (312) 651-7927
Email: jmoore@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Todd G. Glass
Todd G. Glass
Wilson Sonsini Goodrich & Rosati, PC
501 Fifth Avenue, Suite 5100
Seattle, WA 98104
(206) 883-2571
tglass@wsgr.com

*Counsel for Advanced Energy United*

/s/Ben Norris
Ben Norris
Solar Energy Industries Association
1425 K Street NW Suite 1000
Washington, DC 20005
bnorris@seia.org

*Counsel for the Solar Energy Industries Association*

Brian G. Svoboda
Clean Energy Buyers Association
1425 K Street, Suite 1110
Washington, DC 20005
BSvoboda@perkinscoie.com

*Counsel for Clean Energy Buyers Association*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 32(g), I certify that this filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 307 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

I further certify that this filing complies with the typeface requirements of Federal Rules of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rules of Appellate Procedure 32(a)(6) because this filing has been prepared in Times New Roman 14-point font using Microsoft Word.

/s/ Danielle C. Fidler
Danielle C. Fidler
Senior Attorney
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
dfidler@earthjustice.org

May 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I caused the foregoing document to be served via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Danielle C. Fidler</u>
Danielle C. Fidler
Senior Attorney